# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00211-CV

### In Re Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, Owen Shroyer, and Kit Daniels

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed an unopposed motion to withdraw their petition for mandamus as moot, informing the Court that the trial court has withdrawn the jury instructions that were the subject of the mandamus petition (and opposing parties intend to request a similar withdrawal in the other proceedings). Accordingly, we grant the motion and dismiss as moot the petition for writ of mandamus.

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: April 27, 2022